**CHARLENE LEA, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant.** [867 NYS2d 918]

On appeal, defendant does not challenge the demands for its station supervisor's log and deposition. Concerning the demands that do remain in issue on appeal, they are all palpably improper (*see Haller v North Riverside Partners*, 189 AD2d 615, 616 [1993], citing *Alaten Co. v Solil Mgt. Corp.*, 181 AD2d 466 [1992]; *cf. Sonsini v Memorial Hosp. for Cancer & Diseases*, 262 AD2d 185, 186-187 [1999]), and thus production thereof should not be compelled despite defendant's failure to timely object thereto under CPLR 3122 (*see Haller; Perez v Board of Educ. of City of N.Y.*, 271 AD2d 251 [2000]). Concur—Tom, J.P., Gonzalez, Nardelli, Moskowitz and Renwick, JJ.